UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN HOPKINS | : 3:17-CV-00629-MPS |
| PLAINTIFF | : |
| V. | : |
| METRO-NORTH COMMUTER RAILROAD COMPANY | : |
| DEFENDANT | : JULY 10, 2017 |

### NOTICE OF FILING OF AMENDED COMPLAINT
### PURSUANT TO JUNE 20, 2017 ORDER OF THE COURT

On June 19, 2017, the defendant moved to dismiss the second count of the Complaint filed by plaintiff Brian Hopkins in this matter. Doc. 16. Pursuant to this Court's Order dated June 20, 2017 directing the plaintiff Brian Hopkins, to "either file a response to the motion or file an amended complaint in which it pleads as many facts as possible, consistent with Rule 11, to address the alleged defects discussed in Defendant's memorandum of law," on or before July 10, 2017, *see* Doc. 18, and to Federal Rule of Civil Procedure 15(a)(2), which permits Mr. Hopkins to amend his complaint with

the leave of the Court, Mr. Hopkins hereby notifies the Court of his filing of an Amended Complaint on the same date as this Notice.

THE PLAINTIFF

By:_____
KEVIN C. SHEA (ct13781)
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut  06511
203/787-1183 (tel)
203/787-2847 (fax)

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 10th day of July 2017.

_____
CLENDENEN & SHEA, LLC