UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN HOPKINS, JONELL HOPKINS : 
INDIVIDUALLY, JONELL HOPKINS
PPA JOSEPH HOPKINS, JONELL :
HOPKINS PPA LUKE HOPKINS,
JONELL HOPKINS PPA EVE HOPKINS :
AND JAKE HOPKINS
 :
    Plaintiffs                                     No.: 3:17-cv-00629-MPS
 :
v.

METRO-NORTH COMMUTER RAILROAD :
COMPANY and KAWASAKI RAIL CAR, INC. AND
KAWASAKI MOTORS MANUFACTURING :
CORP., USA
    Defendants                        :

 :
KAWASAKI RAIL CAR, INC. AND
KAWASAKI MOTORS MANUFACTURING :
CORP., USA
 :
    Defendant/Third-Party Plaintiffs
 :
v.
 :
METRO-NORTH COMMUTER RAILROAD
COMPANY AND TRANS TECH OF S.C., INC. :

    Defendant/Third-Party Defendants.

**JOINT STATUS REPORT**

    Pursuant to the Court's Order dated October 20, 2017, please consider this a Joint Status Report.

A. Status of the case:

To date, the parties have been cooperating and have exchanged written discovery demands and responses to interrogatories and requests for production of documents. Due to the complex nature of this case, over 21,000 pages of documents have been exchanged which require review prior to depositions. Additionally, the parties have some pending objections and they are working to determine whether an agreement can be reached regarding those objections or whether the Court involvement will be required.

In light of the aforementioned a second set of requests for production of documents from the Plaintiff to the Defendants Metro-North and Kawasaki has just gone out and responses are not expected until March 19th. In order to properly represent their clients without prejudice, all parties need adequate time prior to depositions to review the extensive document production prior to depositions.

The first round of depositions of all parties is in the process of being confirmed for April 24-27, 2018. It is expected that thereafter additional depositions will be required.

In light of the aforementioned, the parties would like to discuss extending all deadlines approximately sixty (60) days during the Joint Status Conference.

B.  The case has been referred to United States Magistrate Judge Garfinkel who has scheduled a full day settlement conference which is in the process of being confirmed for June 5th or 6th, 2018.

C.  The parties at this time, have not consented to a trial before a Magistrate Judge.

D.  Estimated length of trial is 10-12 days.

Submitted by:

/s/ Steven L. Kantor, Esq.
STEVEN L. KANTOR, ESQ. (CT26837)
The Kantor Law Firm - Attorney for Plaintiff
5800 Main Street
Williamsville, New York 14221
716-626-0404
716-626-0412 - FACSIMILE

/s/ Kevin Shea, Esq.
KEVIN SHEA, ESQ. (CT13781)
Clendenen & Shea, LLC – Attorney for Plaintiff
400 Orange Street
New Haven, CT 06511
203-787-1183
203-787-2847

/s/ Beck Fineman, Esq.
BECK FINEMAN, ESQ.   (CT27648)
Ryan Ryan Deluca, LLP
Attorney for the Third-Party Defendant – Metro-North
Metro-North Commuter Railroad
1000 Lafayette Blvd Suite 800
Bridgeport, CT 06604
203-541-5018
203-549-6655

/s/ Mark J. Clafin, Esq.
MARK J. CLAFIN, ESQ. (CT06218)
Attorney for Third-Party Defendant, Kawasaki
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
860 249-1361 (x193)
860 249-7665

/s/ *Mark Riley, Esq.*
_____
MARK RILEY, ESQ. (CT28439)
Attorney for Third-party Defendant Trans Tech
 Of S.C., Inc.
641 Farmington Avenue
Hartford, CT 06105
860 523-8000
860 523-8002