UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN HOPKINS, JONELL HOPKINS INDIVIDUALLY, JONELL HOPKINS PPA JOSEPH HOPKINS, JONELL HOPKINS PPA LUKE HOPKINS, JONELL HOPKINS PPA EVE HOPKINS AND JAKE HOPKINS : : : : : | |
| Plaintiffs : | No.: 3:17-cv-00629-MPS |
| v. : : | |
| METRO-NORTH COMMUTER RAILROAD COMPANY and KAWASAKI RAIL CAR, INC. AND KAWASAKI MOTORS MANUFACTURING CORP., USA : : | |
| Defendants : | |
| KAWASAKI RAIL CAR, INC. AND KAWASAKI MOTORS MANUFACTURING CORP., USA : : | |
| Defendant/Third-Party Plaintiffs : v. : | |
| METRO-NORTH COMMUTER RAILROAD COMPANY AND TRANS TECH OF S.C., INC. : | |
| Defendant/Third-Party Defendants. | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to FRCP 16(b)(4) and Local Rule 16 (b) the parties hereby jointly move for a final modification of the scheduling order (Document 63) to extend the deadlines for completion of discovery. In support of this motion, the parties represent the following:

1. The current fact discovery deadline is March 31, 2019.

2. As this court is aware, the Plaintiff in this case sustained severe injuries when he was exposed to an electrical arc flash while working for Metro-North on a train car in an area of the New Haven Yard licensed to Defendant, Kawasaki.

3. Mr. Hopkins injuries have resulted in more than thirty hospitalizations including four more times since the last discovery order was issued on October 24, 2018.

4. Plaintiff is scheduled to undergo additional major skin graft surgery on March 27, 2019 and again in May, 2019.

5. The consolidated cases before this Court include a negligence action by Plaintiff against Metro-North under the Federal Employers Liability Act; Metro-North's Third-party Complaint against Kawasaki, a lawsuit by Mr. Hopkins, his wife, and four children against Kawasaki under the Connecticut Products Liability Act, among other claims and Kawasaki's Third-party Complaints against Metro-North and against its subcontractor Third-party Defendant, Trans Tech.

6. All parties have cooperated and have conducted extensive discovery since the last request for extension. This extension is not requested due to neglect, but based upon the complexities that continue to arise during discovery.

7. Regarding Metro-North, since November, there have been four separate multiple day sessions where depositions were held from fact witnesses, Daniel Schick (two days); Jim Heimbeucher, (day four of four); Norbert Joseph (two days) Amir Rahimi (two days); Joseph Streany (day one of two); and Dwight Sowden (two days). Metro-North Bates stamped documents are currently at 3941

8. Kawasaki Bates stamped documents are currently at 12568

9. Regarding Trans Tech, since November, depositions were held in South Carolina on two different occasions consisting of Tammy Herold (one day); Stacy Smith (two days); Ian Paradis (one day); Rick Lockridge (one day). In between the first round of South Carolina testimony and the second round, a Production of Documents response was provided to counsel by Trans Tech on a zip drive, containing 224,618,158,901 bytes (224.64 GB of data) consisting of 12,424 items.

10. On January 16, 2019 the parties participated in a second settlement conference with Magistrate Judge William I. Garfinkel. A third settlement conference has been scheduled for June 12, 2019. Additionally, the parties have contemplated a private mediation session but need to complete additional discovery prior to engaging in further negotiations.

11. Despite the parties' best efforts, there remains significant discovery to complete.

12. Defendants Metro-North and Kawasaki are still responding to Plaintiff's most recent Request for Production of Documents. Additionally, several recent requests were made on the record at the depositions of Dwight Sowden held on March 20th and 21st and once those transcripts are finalized, those requests will need to be formalized.

13. The parties have discussed and agreed that depositions of Kawasaki employee Anthony Clarizio, Metro-North employees Stanley Tsoi, David Dykstra (two days), former Metro-North employee Ronald Richetelli, as well as day two of Metro-North employee Joseph Streany need to be completed. Two more trips to South Carolina are contemplated, one to complete the deposition of Rick

Lockridge and Ian Paradis and another to compete 30(b)(6) depositions which are expected to take an additional two to three days.

14. Once the aforementioned are completed, Metro-North 30(b)(6) depositions are expected to take a minimum of three days and there may be Kawasaki 30(b)(6) depositions that also need to be scheduled.

15. During the months of November through March, not only have the parties conducted extensive discovery, but lead counsel for Metro-North, Mr. Fineman and lead counsel for Trans Tech, Mr. Riley both welcomed new additions to their families which necessitated some flexibility in scheduling – although the parties did plan for and proceed with depositions in South Carolina and Connecticut in their respective absences.

16. Unexpected illnesses of one witness and one attorney and one attorney's family member have resulted in last minute postponements of three depositions. These three postponed depositions would have comprised at least four deposition days.

17. As the case has evolved, it has become apparent, in fairness to Trans Tech that a staggered expert disclosure deadline should apply to it which necessitates an additional 30-day period for expert discovery.

18. Accordingly, the parties request a final modification of the scheduling order as follows:

- Fact Discovery to be completed by: July 31, 2019
- Plaintiff will designate trial experts and provide reports by: August 9, 2019
- Defendants Metro-North and Kawasaki will designate trial experts and provide reports by: September 10, 2019

- Third-party Defendant Trans Tech will designate trial experts and provide reports by:     October 8, 2019

- All expert discovery will be completed by:     November 8, 2019

- Dispositive Motions will be submitted by:     December 9, 2019

- Joint Trial Memorandum due:     January 13, 2020

(Or 30 days from the Courts ruling on dispositive motions)

19. Lastly, the parties wish to impress upon the Court that this final request for an extension was not taken lightly. All of the attorneys involved in this case are in agreement that it is one of the most complex and time consuming cases each counsel has experienced in their lengthy careers. We sincerely appreciate whatever consideration the Court will afford our request.

DATED:     March 28, 2019

/s/ Steven L. Kantor
STEVEN L. KANTOR, ESQ. (ct26837)
The Kantor Law Firm
Attorney for Plaintiff
5800 Main Street
Williamsville, New York 14221
716-626-0404 - Telephone
716-626-0412 – Facsimile
kantorlaw@roadrunner.com

/s/ Kevin Shea
KEVIN SHEA, ESQ. (ct13781)
Clendenen & Shea, LLC
Attorney For Plaintiff
400 Orange Street
New Haven, Connecticut 06511
203-787-1183 - Telephone
203-787-2847 – Facsimile
kcs@clenlaw.com

/s/ B Fineman
BECK FINEMAN, ESQ. (ct27648)
Ryan Ryan Deluca, LLP
Attorney for the Defendant
    Metro-North Commuter Railroad
1000 Lafayette Blvd.
Suite 800
Bridgeport, CT 06604
203-541-5018 – Telephone
203-549-6655 - Facsimile
bsfineman@ryandelucalaw.com

/s/ Mark J. Claflin
MARK J. CLAFLIN, ESQ. (ct06218
Attorney for Defendant, Kawasaki
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
860-249-1361 - Telephone
mclaflin@HL-Law.com

/s/ Mark A. Riley
MARK A. RILEY, ESQ. (ct28439)
Conway Stoughton, LLC
Attorney for Third-Party Defendant Trans Tech of S.C., Inc.
641 Farmington Avenue
Hartford, Connecticut 06105
860-523-8000 – Telephone
860-523-8002 – Facsimile
mriley@conwaystoughton.com

SO ORDERED:

_____
Honorable Judge Michael P. Shea