UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN HOPKINS | : | NO.: 3:17-CV-00629(MPS) |
|    Plaintiff, | : | |
| v. | : | |
| | : | |
| METRO-NORTH COMMUTER RAILROAD | : | October 31, 2019 |
|    Defendant | | |

**JOINT STIPULATION FOR DISMISSAL OF CONSOLIDATED CASES**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties hereby stipulate that the above-entitled consolidated action, including the first filed action entitled <u>Brian Hopkins v. Commuter Railroad Company</u>, Civil Action No. 3:17-cv-00629-MPS, the second filed action entitled <u>Brian Hopkins, et al. v. Kawasaki Rail Car, Inc., Kawasaki Motors Manufacturing Corp., U.S.A.</u>, Civil Action No. 3:17-cv-00839-VLB and the third-party complaints filed in each of the consolidated actions, be dismissed in its/their entirety as to all defendants and third-party defendants, with prejudice, and without costs to any party.

/s/
STEVEN L. KANTOR, ESQ. (ct26837)
The Kantor Law Firm
Attorney for Plaintiff
5800 Main Street
Williamsville, New York 14221
716-626-0404 - Telephone
716-626-0412 – Facsimile
kantorlaw@roadrunner.com

KEVIN SHEA, ESQ. (ct13781)
Clendenen & Shea, LLC
Attorney For Plaintiff
400 Orange Street
New Haven, Connecticut 06511
203-787-1183 - Telephone
203-787-2847 – Facsimile
kcs@clenlaw.com

/s/
BECK FINEMAN, ESQ. (ct27648)
Ryan Ryan Deluca, LLP
Attorney for the Defendant
Metro-North Commuter Railroad
1000 Lafayette Blvd., Suite 800
Bridgeport, CT 06604
203-541-5018 – Telephone
203-549-6655 - Facsimile
bsfineman@ryandelucalaw.com

/s/
MARK J. CLAFLIN, ESQ (ct06218)
Attorney for Defendant, Kawasaki
Rail Car, Inc. and Kawasaki Motors
Manufacturing Corp., U.S.A.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
860-249-1361 - Telephone
860-249-7665 Fax
mclaflin@HL-Law.com

/s/
MARK A. RILEY, ESQ. (ct28439)
Conway Stoughton, LLC
Attorney for Third-Party Defendant Trans
Tech of S.C., Inc.
641 Farmington Avenue
Hartford, Connecticut 06105
860-523-8000 – Telephone
860-523-8002 – Facsimile
mriley@conwaystoughton.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Kevin Shea, Esq.